UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL RODGERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>M. BOWEN, et al.,<br><br>          Defendants. | 1:15-cv-00128-EPG-PC<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br>(ECF No. 8.)<br><br>ORDER THAT THIS DISMISSAL IS SUBJECT TO THE "THREE STRIKES" PROVISION OF 28 U.S.C. § 1915(g)<br><br>ORDER FOR CLERK TO CLOSE CASE |

     Russell Rodgers ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 28, 2015.  (ECF No. 1.)

     On February 19, 2015, Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (ECF No. 7.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

     On February 19, 2015, Plaintiff voluntarily filed a First Amended Complaint.  (ECF No. 8.)  On April 1, 2016, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days.  (ECF No.

10.)  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  The thirty-day deadline expired, and Plaintiff did not file an amended complaint or otherwise respond to the Court's order.  As a result, there was no pleading on file which set forth any claims upon which relief may be granted.

On June 14, 2016, the Court issued an Order to Show Cause, requiring Plaintiff to respond within thirty days, showing cause why this case should not be dismissed, with prejudice, for failure to state a claim.  (ECF No. 11.)  The thirty-day deadline has expired, and Plaintiff has not responded to the order.

Plaintiff was forewarned in the Order to Show Cause that his "failure to comply with this order shall result in the dismissal of this case, with prejudice, for failure to state a claim." (Id. at 2:9-10.)  Accordingly, this case shall be dismissed with prejudice.

Based on the foregoing, THE COURT HEREBY ORDERS that:

1. This action is dismissed, with prejudice, for Plaintiff's failure to state a claim upon which relief may be granted;
2. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 16, 2016**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE